**UNITED STATES of America,**

v.

**Raifrean WASHINGTON a/k/a Ray Raifrean Washington,**
**Appellant.**

**No. 02–2304.**

United States Court of Appeals,
Third Circuit.

Submitted under Third Circuit LAR 34.1(a) April 7, 2003.

Decided April 17, 2003.

Before ALITO, FUENTES, and GREENBERG, Circuit Judges.

OPINION OF THE COURT

PER CURIAM.

This is an appeal from a judgment in a criminal case. The defendant, Raifrean

Washington, pled guilty to a drug-related conspiracy and three other offenses.

The defendant's attorney has submitted a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has requested leave to withdraw. We have considered counsel's brief and made an independent examination of the record, and we are satisfied that there are no non-frivolous issues to be raised on appeal. As noted, the defendant pled guilty. He also stipulated to all relevant facts and issues regarding sentencing and cooperated with the government. The government abided by the terms of the plea agreement in moving for a downward departure at sentencing, and the District Court granted that motion and departed substantially below the agreed guidelines range.

Finding no non-frivolous issues that could be raised on appeal, we grant counsel's motion to withdraw and affirm the judgment of the District Court.